IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00719-JLK-CBS

ROBERT L. KOSS,

   **Plaintiff,**

v.

BENCHMARK ELECTRONICS, INC.

   **Defendant.**

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

UPON CONSIDERATION of the parties' Stipulation for Dismissal With Prejudice(doc. #27), filed January 21, 2010, and good cause appearing therefore,

IT IS HEREBY ORDERED that the above-captioned action is hereby dismissed <u>with prejudice</u>, each party to pay his or its own costs and attorney fees.

DATED this 21st day of January, 2010.

BY THE COURT:

*s/John L. Kane*
United States District Court Judge

{00390324v1}

1